# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**JO ANN PEARSON and HARLEY PEARSON, JR. , individuals**

    **Plaintiffs,**

v.                                             **Case No: 5:15-cv-43-Oc-22PRL**

**WINNEBAGO INDUSTRIES, INC. and FORD MOTOR COMPANY**

    **Defendants.**

## ORDER

This matter is before the Court on Defendant Ford Motor Company's motion to preserve evidence (Doc. 4) that was filed in state court prior to removal.  The motion is due to be **DENIED** without prejudice to renewal upon compliance with Local Rule 3.01(g) which requires the moving party to confer with counsel for the opposing party in a good faith effort to resolve issues raised by the motion.

    **DONE** and **ORDERED** in Ocala, Florida on February 3, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties