**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JO ANN PEARSON and HARLEY PEARSON, JR. , individuals**

    **Plaintiffs,**

v.                                                                              Case No: 5:15-cv-43-Oc-PRL

**WINNEBAGO INDUSTRIES, INC. and FORD MOTOR COMPANY**

    **Defendants.**

## ORDER

I conducted a telephonic conference in this case today to discuss the case status and Defendant Ford Motor Company's pending motion for summary judgment.  For the reasons discussed at the conference, Ford Motor Company's motion for summary judgment (Doc. 55) and motion for leave to file a reply brief (Doc. 68) are **terminated** as moot.   Ford Motor Company's *ore tenus* motion to file an amended motion for summary judgment is **GRANTED** and it may file an amended motion on or before the dispositive motion deadline.

    **DONE** and **ORDERED** in Ocala, Florida on July 11, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties